Order Text Entries (Form ortext) (03/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Edwin Anthony Garcia<br>**Debtor(s)** | Chapter: 7<br><br>Case number: 5:17–bk–01945–JJT |

## ORDER

Proceeding memo re: Reaffirmation hearing held, record made. Appearances: Edwin Garcia. Order – reaffirmation agreement is DISAPPROVED. Upon oral request of Debtor the Court waives the fee for him to file an amended list of creditors. Amendment will be filed within 30 days. IT IS SO ORDERED on 9/7/2017. /s/John J. Thomas (There is no image or paper document associated with this entry.) Order . IT IS SO ORDERED on 9/7/2017. /s/John J. Thomas (RE: related document(s)37). (Radginski, Pamela)